VICKI STEWART, Individually and as Parent and Natural Guardian of JASON MARKOVITZ, an Infant, Appellant, v DOMENICO ZIRILLI, Defendant, and MOHAWK CONTAINERS, INC., Now Known as JEFFERSON SMURFIT, INC., Respondent. [619 NYS2d 1009] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted the motion of defendant Mohawk Containers, Inc., now known as Jefferson Smurfit, Inc., for summary judgment dismissing the complaint against it. The issue of duty is one of law for the courts *(De Angelis v Lutheran Med. Ctr.,* 58 NY2d 1053, 1055). Under the circumstances of this case, we conclude that the movant owed no duty to the child *(see, Pulka v Edelman,* 40 NY2d 781; *see also, Matthews v Scotia-Glenville School Sys.,* 94 AD2d 912, *lv denied* 60 NY2d 559; *cf., Gayden v City of Rochester,* 148 AD2d 975). (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Summary Judgment.) Present —Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE C. ELLIOTT, Appellant, v FRANK E. IRVIN, as Superintendent of Wende Correctional Facility, Respondent. [619 NYS2d 1010] —Judgment unanimously affirmed and counsel's application to withdraw granted. Memorandum: Supreme Court properly determined in denying petitioner's application for a writ of habeas corpus that the trial court did not abuse its discretion in severing the counts in the indictment and holding separate trials. Because the separate trials concerned separate offenses, the severance did not violate petitioner's right not to be placed in double jeopardy *(see,* CPL 40.10, 40.20).

Contrary to the contention in petitioner's *pro se* submission, there is no requirement that the indictment conform to the arrest warrant. Thus, there are no nonfrivolous issues raised on appeal and counsel's application to withdraw is granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Whelan, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.